


### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREENKEEPERS, INC. and | : | CIVIL ACTION |
| GREENKEEPERS OF DELAWARE, LLC | : | |
| | : | |
| v. | : | NO. 04-3747 |
| | : | |
| NIKE, INC. and MACNEILL | : | |
| ENGINEERING COMPANY, INC. | : | |

FILED
OCT 29 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 29th day of October 2009, the Motion to Compel of Defendants Nike, Inc. and MacNeill Engineering Company, Inc. (Docket No. 75) is GRANTED in part and DENIED in part, in accordance with the foregoing Memorandum.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\CIVIL\04-3747 Greenkeepers v. Nike\Greenkeepers v. Nike - Order Mot Compel.wpd

ENTERED
OCT 29 2009
CLERK OF COURT